**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

LILLIONA CALDWELL

CIVIL ACTION

VERSUS

25-959-SDD-EWD

LOUISIANA DEPARTMENT OF ENVIRONMENTAL QUALITY, ET AL.

**RULING AND ORDER**

The Court has carefully considered the record, the *Motion,*[1] the law applicable to this action, and the *Report and Recommendations*[2] of United States Magistrate Judge Erin Wilder-Doomes, dated August 18, 2026, to which no objection has been filed.

The Court hereby approves the *Report and Recommendations* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY,**

**IT IS HEREBY ORDERED** that the Motion to Dismiss,[3] filed by Defendant Brian Tusa, is **GRANTED IN PART** to the extent the Motion requests that the Court order Plaintiff to properly serve Defendant Tusa. Tusa's Motion to Dismiss is denied in all other respects. Further, service should be ordered on Tusa as outlined below.

The Clerk of Court is instructed to re-issue the summons for Defendant Brian Tusa. The United States Marshal Service ("USMS") is ordered to serve the summons and Complaint on Defendant Brian Tusa wherever found. Plaintiff Liliona Caldwell is required to provide the USMS with a completed U.S. Marshal Form 285 for Defendant Brian Tusa by no later than 21 days after summons is issued, as USMS will not serve Brian Tusa

---

[1] Rec. Doc. 25.
[2] Rec. Doc. 33.
[3] Rec. Doc. 25.

without a properly competed form. Plaintiff is further ordered to file proof into the record that she has provided the completed USM Form 285 for Defendant Tusa to the USMS within 21 days of the issuance of the summons. Plaintiff is warned that if she fails to file the required proof into the record, her claims against Defendant Tusa may be dismissed without further notice.

Signed in Baton Rouge, Louisiana, the 17 day of September, 2026.

Shelly Dick

**CHIEF JUDGE SHELLY D. DICK**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**